IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HALIMA TARIFFA CULLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:19-cv-701-TFM-MU |
| ) | |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the State ) | |
| of Alabama, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** judgment is entered in favor of Defendants and against Plaintiff Halima Tariffa Cully and all of Plaintiff's claims are **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 29th day of September, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE